**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 07-61503-CIV-ALTONAGA/Brown**

**WERNER R. GARCIA**, *et al.*,

    Plaintiffs,

vs.

**UNITED AUTO CREDIT
CORPORATION**,

    Defendant.
_____/

**ORDER CERTIFYING SETTLEMENT CLASS, GRANTING PRELIMINARY
APPROVAL OF CLASS SETTLEMENT AND APPROVING
SETTLEMENT CLASS NOTICE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Preliminary Approval of Settlement Agreement, Certification of Settlement Class, and Approval of Notice to Settlement Class ("Joint Motion") [D.E. 56]. In their Joint Motion, Plaintiff, Werner R. Garcia ("Mr. Garcia" or "Class Representative"), on behalf of himself and all others similarly situated, and Defendant, United Auto Credit Corporation, a California corporation ("UACC"), inform the Court as follows:

    A.    The parties have entered into a Class Action Settlement Agreement ("Settlement Agreement"), attached to the Joint Motion as Exhibit "A".

    B.    The Settlement Agreement has been submitted to the Court for approval pursuant Federal Rule of Civil Procedure 23.

    C.    UACC has ceased the practice of sending letters in the form of Exhibit "A" (attached to the Complaint) to Florida consumers and agrees to not use such letters in the future.

CASE NO. 07-61503-CIV-ALTONAGA/Brown

D. The parties agree that, pursuant to Federal Rule of Civil Procedure 23, the Court may certify a class consisting of all persons who financed through UACC the purchase of a motor vehicle, which is a "consumer good" under Section 679.1021 (effective January 1, 2002) or the former Section 679.102, Florida Statutes, and who, during the period from September 13, 2003 (four (4) years preceding the filing of the Action) through the date of Preliminary Approval, (a) had such motor vehicle(s) repossessed in Florida by UACC or its agents; and (b) were sent a post-repossession notice in the form attached as Exhibit A to the Complaint; but who(c) have not (i) had a final judgment entered against them in a legal proceeding seeking a deficiency by UACC; or (ii) paid or entered into an agreement to pay any deficiency balance to UACC.

E. Pursuant to the Settlement Agreement, Defendant has agreed to pay the sum of Twenty Five Dollars ($25.00) to each Class Member, together with One Hundred Thirty Thousand Dollars ($130,000.00) as and for reasonable attorney fees, and Sixteen Thousand Four Hundred Fifty Five Dollars ($16,455.00) for costs (including costs of class administration) to Class Counsel.

F. Pursuant to the Settlement Agreement, UACC has agreed to waive any deficiency arising from the finance contracts of the respective Class Members for the financing of the motor vehicles in the total amount of $13,049,117.00.

G. The Parties have jointly requested approval of a plaintiffs' class for the purposes of settlement only, in accordance with the terms outlined in the Settlement Agreement, as well as approval of the Settlement Class Notice attached as Exhibit D to the Settlement Agreement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A plaintiffs' class is approved for settlement purposes only (the "Settlement Class"), in accordance with the terms outlined in the Settlement Agreement.

CASE NO. 07-61503-CIV-ALTONAGA/Brown

2. The Settlement Agreement is preliminarily approved.

3. The names and last known address of all class members shall be provided by Defendant to Plaintiff by **June 20, 2008**.

4. Notice in the form of Exhibit "D" attached to the Settlement Agreement shall be mailed to class members by **July 21, 2008**.

5. All opt-outs from, motions to intervene in, and objections to the proposed class action settlement shall be made on or before **September 19, 2008**.

6. A Fairness Hearing will be conducted before the Honorable Cecilia M. Altonaga, United States District Court for the Southern District of Florida on **October 17, 2008 at 9:00 a.m.**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2008.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record